## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH,** *individually and on behalf of himself and all others similarly situated,* **and GINA M. SUESSENBACH,** *individually and on behalf of all others similarly situated* | : : : : : : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:14-1197** |
| v | : | |
| **ACCESS MIDSTREAM PARTNERS, L.P., and CHESAPEAKE ENERGY CORPORATION,** | : : : | **(JUDGE MANNION)** |
| **Defendants** | : | |

:  :  :  :  :  :  :  :  :  :  :  :  :  :  :

| | | |
|---|---|---|
| **JAMES L. BROWN,** *on behalf of himself and all others similarly situated,* | : : : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:14-0591** |
| v | : | |
| **ACCESS MIDSTREAM PARTNERS, L.P., CHESAPEAKE ENERGY CORP., and DOMENIC J. DELL'OSSO, JR.,** | : : : : | **(JUDGE MANNION)** |
| **Defendants** | : | |

## O R D E R

The Court held a Case Management/Status Conference in the Suessenbach action today. The Court has determined, at this time, the above captioned matters will be consolidated for discovery, ONLY. The motion to

consolidate the cases will be ruled on at a later time.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Dated:   September 30, 2014**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2014 ORDERS\14-1197-04.wpd