# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH,** *individually and on behalf of himself and all others similarly situated*, **and GINA M. SUESSENBACH,** *individually and on behalf of all others similarly situated*, : : : : : : **Plaintiffs** : **v.** : **ACCESS MIDSTREAM PARTNERS, L.P., and CHESAPEAKE ENERGY CORPORATION,** : : **Defendants** : | **CIVIL ACTION NO. 3:14-1197** **(JUDGE MANNION)** |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the motions to dismiss the plaintiffs' complaint brought on behalf of defendants Chesapeake Energy, (Doc. 23), and Access Midstream, (Doc. 26), are **GRANTED** as to the plaintiffs' claim of honest services fraud alleged as a predicate offense in support of their RICO claim and **DENIED** in all other respects.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2015**