# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH,** *individually and on behalf of himself and all others simil*arly *situated,* **and GINA M. SUESSENBACH,** *individually and on behalf of all others similarly situated,* | : <br> : CIVIL ACTION NO. 3:14-1197 <br> : (JUDGE MANNION) <br> : |
| **Plaintiffs** | : |
| v. | : |
| **ACCESS MIDSTREAM PARTNERS, L.P., and CHESAPEAKE ENERGY CORPORATION,** | : |
| **Defendants** | : |

# **O R D E R**

At the end of July, 2016, counsel in the Demchak v. Chesapeake Appalachia, LLC (3:13-cv-2289) advised the court that all of the parties in that case, along with the parties in several companion cases assigned to the undersigned, including Brown v. Chesapeake Energy Corp., (3:14-cv-0591), Suessenbach v. Chesapeake Energy Corp., (3:14-cv-1197), Tyler v. Chesapeake Appalachia, L.L.C., (3:16-cv-0456) and A & B Campbell v. Chesapeake Energy Corp., (3:15-cv-0340), have been engaging the mediation services of Judge Edward N. Cahn (Ret.) to assist the parties in resolving these matters. Since then, the court has received monthly status reports which indicate that mediation sessions are ongoing and progressing. In light of the continuing efforts of the parties in the listed matters to resolve

their issues through mediation, the court will **STAY** any matters pending in this case, as well as the undersigned's companion cases, pending notification by the parties that either the mediation has proven successful or that the parties have reached an impasse. Counsel are to continue to provide the court with joint monthly status updates while these matters are stayed.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 22, 2017**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2014 ORDERS\14-1197-07.wpd