# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **A & B CAMPBELL FAMILY,** *et al.,* | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:15-0340** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **CHESAPEAKE ENERGY CORP.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| | : | |
| **JAMES L. BROWN,** *et al.,* | : | |
| | : | **CIVIL ACTION NO. 3:14-0591** |
| **Plaintiffs** | : | |
| | : | **(JUDGE MANNION)** |
| **v.** | : | |
| | : | |
| **CHESAPEAKE ENERGY CORP.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| | : | |
| **THE SUESSENBACH FAMILY** | : | |
| **LIMITED PARTNERSHIP,** *et al.,* | : | **CIVIL ACTION NO. 3:14-1197** |
| | : | |
| **Plaintiffs** | : | **(JUDGE MANNION)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHESAPEAKE ENERGY CORP.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| | : | |
| **TYLER,** *et al.,* | : | |
| | : | **CIVIL ACTION NO. 3:16-0456** |
| **Plaintiffs** | : | |
| | : | **(JUDGE MANNION)** |
| **v.** | : | |
| | : | |
| **CHESAPEAKE APPALACHIA, L.L.C.,** | : | |
| *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's March 22, 2017 Orders in *A&B Campbell v. Chesapeake Energy Corp.*, 3:15-cv-0340, ECF No. 151, *Brown v. Chesapeake Energy Corp.*, 3:14-cv-0591, ECF No. 167, *Suessenbach v. Chesapeake Energy Corp.*, 3:14-cv-1197, ECF No. 121, and *Tyler v. Chesapeake Appalachia, LLC*, 3:16-cv-0456, ECF No. 43, Counsel for Plaintiffs in the above-captioned actions and Counsel for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, LLC, Chesapeake Energy Marketing, LLC, Chesapeake Operating, LLC, Chesapeake Exploration, LLC (collectively "Defendants"), hereby provide this joint status report:

1.      On March 6, 2017, Senior Judge Kenneth Brown was assigned to hear the Pennsylvania Office of the Attorney General's case.  Judge Brown held a status conference on April 6, 2017.  Judge Brown scheduled arguments on Defendants' preliminary objections for June 13, 2017.

2.      Defendants and Counsel for Plaintiffs in all the referenced actions have continued to confer to discuss further information exchange issues in connection with the mediation process.  The parties met for a mediation session at Judge Cahn's offices in Philadelphia on March 8, 2017, and plan to meet again to continue the mediation process in the next 60 days.

Dated:  May 15, 2017                    Respectfully Submitted,

By:

/s/ Thomas S. McNamara
Thomas S. McNamara                  Christopher D. Jones
INDIK & MCNAMARA, P.C.              GRIFFIN, DAWSEY, DEPAOLA & JONES, P.C.
100 South Broad St., Ste. 2230       101 Main St.
Philadelphia, PA 19110              Towanda, PA 18848
Telephone:  215-567-7125            Telephone:  570-265-2175
Facsimile:  215-563-8330            Facsimile:  570-265-9718

Taunya M. Rosenbloom
LAW OFFICE OF TAUNYA KNOLLES
ROSENBLOOM
P.O. Box 309
332 South Main St.
Athens, PA 18810
Telephone:  570-888-0660
Facsimile:  570-888-0664

*Counsel for Plaintiffs in A & B Campbell Family*

/s/ Michael D. Donovan
Michael D. Donovan                  Noah Axler
Donovan Litigation Group, LLC       Axler Goldich, LLC
15 Saint Asaphs Rd.                 One Liberty Place
Bala Cynwyd, PA 19004              1650 Market St.
Telephone:  610-647-6067            36th Floor
Facsimile:  610-647-7215            Philadelphia, PA 19103
                                   Telephone:  215-732-6067
                                   Facsimile:  215-732-8060

Patrick Howard                     Robert E. McCann
SALTZ, MONGELUZZI, BARRETT & BENDESKY,   Todd J. Jacobs
P.C.                               MCCANN & WALL, LLC
One Liberty Place                  Two Penn Center Plaza
1650 Market St.                    1500 JFK Blvd., Ste. 1110
52nd Floor                         Philadelphia, PA 19102
Philadelphia, PA 19103             Telephone:  215-569-8488
Telephone:  215-575-3986            Facsimile:  215-569-8288
Facsimile:  215-496-0999

*Counsel for Plaintiffs in Brown*

3

/s/  *Peter A. Muhic*

Joseph H. Meltzer

Peter A. Muhic

Tyler S. Graden

Natalie Lesser

KESSLER TOPAZ MELTZTER & CHECK, LLP

280 King of Prussia Rd.

Radnor, PA 19807

Telephone:  610-667-7706

Facsimile:  610-667-7056

Robert D. Schaub

ROSENN, JENKINS & GREENWALD, LLP

15 South Franklin St.

Wilkes-Barre, PA 18711

Telephone:  570-826-5652

Facsimile:  570-831-7215

*Counsel for Plaintiffs in Suessenbach*


/s/ *Ira Neil Richards*

Arleigh P. Helfer

Ira Neil Richards

Schnader Harrison Segal & Lewis LLP

1600 Market St., Ste. 3600

Philadelphia, PA 19103

Telephone:  215-751-2000

Facsimile:  215-731-9044

Richard D. Greenfield

GREENFIELD & GOODMAN LLC

250 Hudson St.

8th Floor

New York, NY 10013

Telephone:  917-495-4446

Facsimile:  212-355-9592

Aaron D. Hovan

John J. Hovan, Attorney at Law

P.O. Box 336

154 Warrant St.

Tunkhannock, PA 18657

Telephone:  570-836-3121

Facsimile:  570-836-1503

Richard Layton Huffsmith

100 North Wilkes-Barre Blvd.

Wilkes-Barre, PA 18702

Telephone:  570-240-4400

Kenneth I. Trujillo

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

300 Conshohocken State Rd., Ste. 570

West Conshohocken, PA 19428

Telephone:  610-772-2340

Facsimile:  610-772-2305

*Counsel for Plaintiffs in Tyler*

/s/ *Daniel T. Brier*_____

| | |
|---|---|
| Daniel T. Brier | Seamus C. Duffy |
| John B. Dempsey | William M. Connolly |
| MYERS BRIER & KELLY, LLP | Kathryn E. Deal |
| 425 Spruce St., Ste. 200 | DRINKER BIDDLE & REATH LLP |
| Scranton, PA 18503 | One Logan Square, Ste. 2000 |
| Telephone:  570-342-6100 | Philadelphia, PA 19103 |
| Facsimile:  570-342-6147 | Telephone:  215-988-2440 |
| | Facsimile:  215-988-2757 |

Daniel T. Donovan (*Pro Hac Vice*)
Peter A. Farrell (*Pro Hac Vice*)
Ragan Naresh (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., NW
Washington, DC 20005
Telephone:  202-879-5174
Facsimile:  202-879-5200

*Counsel for Chesapeake Defendants*