# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A & B CAMPBELL FAMILY, *et al.*, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:15-0340 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| CHESAPEAKE ENERGY CORP., *et al.*, | : | |
| | : | |
| Defendants | : | |
| JAMES L. BROWN, *et al.*, | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:14-0591 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| CHESAPEAKE ENERGY CORP., *et al.*, | : | |
| | : | |
| Defendants | : | |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, *et al.*, | : | |
| | : | CIVIL ACTION NO. 3:14-1197 |
| Plaintiffs | : | |
| | : | (JUDGE MANNION) |
| v. | : | |
| | : | |
| CHESAPEAKE ENERGY CORP., *et al.*, | : | |
| | : | |
| Defendants | : | |
| TYLER, *et al.*, | : | |
| | : | CIVIL ACTION NO. 3:16-0456 |
| Plaintiffs | : | |
| | : | (JUDGE MANNION) |
| v. | : | |
| | : | |
| CHESAPEAKE APPALACHIA, L.L.C., *et al.*, | : | |
| | : | |
| Defendants | : | |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 22, 2017 Orders in *A&B Campbell v. Chesapeake Energy Corp.*, 3:15-cv-0340, ECF No. 151, *Brown v. Chesapeake Energy Corp.*, 3:14-cv-0591, ECF No. 167, *Suessenbach v. Chesapeake Energy Corp.*, 3:14-cv-1197, ECF No. 121, and *Tyler v. Chesapeake Appalachia, LLC*, 3:16-cv-0456, ECF No. 43, Counsel for Plaintiffs in the above-captioned actions and Counsel for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, LLC, Chesapeake Energy Marketing, LLC, Chesapeake Operating, LLC, Chesapeake Exploration, LLC (collectively "Defendants"), hereby provide this joint status report:

1. On March 6, 2017, Senior Judge Kenneth Brown was assigned to hear the Pennsylvania Office of the Attorney General's case. Judge Brown held a status conference on April 6, 2017. During a telephonic status conference on June 2, 2017, Judge Brown continued the hearing on Defendants' preliminary objections that was originally set for June 13, 2017 to July 20, 2017.

2. Defendants and Counsel for Plaintiffs in all the referenced actions have further conferred to discuss information exchange issues in connection with the mediation process. The parties met for a mediation session at Judge Cahn's offices in Philadelphia on March 8, 2017, and many of the counsel plan to meet again to continue the mediation process on July 21, 2017. In addition, the parties may meet or discuss the issues among counsel and/or with the mediator in advance of the July 21, 2017 mediation session in order to advance the goal of resolution.

Dated: June 16, 2017                                  Respectfully Submitted,

By:

/s/ *Thomas S. McNamara*
Thomas S. McNamara                Christopher D. Jones
INDIK & MCNAMARA, P.C.            GRIFFIN, DAWSEY, DEPAOLA & JONES, P.C.
100 South Broad St., Ste. 2230    101 Main St.
Philadelphia, PA 19110            Towanda, PA 18848
Telephone: 215-567-7125           Telephone: 570-265-2175
Facsimile: 215-563-8330           Facsimile: 570-265-9718

Taunya M. Rosenbloom
LAW OFFICE OF TAUNYA KNOLLES
ROSENBLOOM
P.O. Box 309
332 South Main St.
Athens, PA 18810
Telephone: 570-888-0660
Facsimile: 570-888-0664

*Counsel for Plaintiffs in A & B Campbell Family*


/s/ *Noah Axler*
Noah Axler                        Michael D. Donovan
Axler Goldich, LLC                Donovan Litigation Group, LLC
One Liberty Place                 15 Saint Asaphs Rd.
1650 Market St.                   Bala Cynwyd, PA 19004
36th Floor                        Telephone: 610-647-6067
Philadelphia, PA 19103            Facsimile: 610-647-7215
Telephone: 215-732-6067
Facsimile: 215-732-8060


Patrick Howard                          Robert E. McCann
SALTZ, MONGELUZZI, BARRETT & BENDESKY,  Todd J. Jacobs
P.C.                                    MCCANN & WALL, LLC
One Liberty Place                       Two Penn Center Plaza
1650 Market St.                         1500 JFK Blvd., Ste. 1110
52nd Floor                              Philadelphia, PA 19102
Philadelphia, PA 19103                  Telephone: 215-569-8488
Telephone: 215-575-3986                 Facsimile: 215-569-8288
Facsimile: 215-496-0999

*Counsel for Plaintiffs in Brown*

/s/ *Peter A. Muhic*

Joseph H. Meltzer
Peter A. Muhic
Tyler S. Graden
Natalie Lesser
KESSLER TOPAZ MELTZTER & CHECK, LLP
280 King of Prussia Rd.
Radnor, PA 19807
Telephone:  610-667-7706
Facsimile:  610-667-7056

Robert D. Schaub
ROSENN, JENKINS & GREENWALD, LLP
15 South Franklin St.
Wilkes-Barre, PA 18711
Telephone:  570-826-5652
Facsimile:  570-831-7215

*Counsel for Plaintiffs in Suessenbach*

/s/ *Ira Neil Richards*

Ira Neil Richards
Arleigh P. Helfer
Schnader Harrison Segal & Lewis LLP
1600 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone:  215-751-2000
Facsimile:  215-731-9044

Richard D. Greenfield
GREENFIELD & GOODMAN LLC
250 Hudson St.
8th Floor
New York, NY 10013
Telephone:  917-495-4446
Facsimile:  212-355-9592

Aaron D. Hovan
John J. Hovan, Attorney at Law
P.O. Box 336
154 Warrant St.
Tunkhannock, PA 18657
Telephone:  570-836-3121
Facsimile:  570-836-1503

Richard Layton Huffsmith
100 North Wilkes-Barre Blvd.
Wilkes-Barre, PA 18702
Telephone:  570-240-4400

*Counsel for Plaintiffs in Tyler*

4

5

/s/ *Daniel T. Brier*  
Daniel T. Brier  
John B. Dempsey  
MYERS BRIER & KELLY, LLP  
425 Spruce St., Ste. 200  
Scranton, PA 18503  
Telephone:  570-342-6100  
Facsimile:  570-342-6147  

Seamus C. Duffy  
William M. Connolly  
Kathryn E. Deal  
DRINKER BIDDLE & REATH LLP  
One Logan Square, Ste. 2000  
Philadelphia, PA 19103  
Telephone:  215-988-2440  
Facsimile:  215-988-2757  

Daniel T. Donovan (*Pro Hac Vice*)  
Ragan Naresh (*Pro Hac Vice*)  
KIRKLAND & ELLIS LLP  
655 Fifteenth St., NW  
Washington, DC 20005  
Telephone:  202-879-5174  
Facsimile:  202-879-5200  

*Counsel for Chesapeake Defendants*