

ATTORNEYS AT LAW

Writer's Direct Dial: 610-822-0256
E-Mail: pmuhic@ktmc.com

November 16, 2018

**VIA ECF**

Hon. Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building &
United States Courthouse
235 N. Washington Avenue
Scranton, PA 18503

   Re: *The Suessenbach Family Limited Partnership v. Access Midstream Partners, L.P. et al.*, No. 14-cv-01197-MEM (M.D. Pa.);
     *Brown v. Access Midstream Partners, L.P., et al.*, No. 14-cv-00591-MEM (M.D. Pa.)

Dear Judge Mannion:

  On behalf of Plaintiffs and Defendants in the above referenced cases, we write to respectfully request that Your Honor schedule an in-person status conference, at the Court's earliest convenience, to address the Unopposed Motion for Preliminary Approval of Class Action Settlement and any additional issues concerning this litigation.

Respectfully,

| /s/ Peter A. Muhic | /s/ Noah Axler | /s/ Michael D. Donovan |
|---|---|---|
| Peter A. Muhic | Noah Axler | Michael D. Donovan |
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **AXLER GOLDICH, LLC** | **DONOVAN LITIGATION GROUP, LLC** |
| 280 King of Prussia Road | 1520 Locust Street | 1055 Westlakes Drive |
| Radnor, PA 19087 | Suite 301 | Suite 155 |
| Telephone: (610)-667-7706 | Philadelphia, PA 19102 | Berwyn, PA 19312 |
| pmuhic@ktmc.com | Telephone: (267) 534-7400 | Telephone: (610) 647-6067 |
| | naxler@axgolaw.com | mdonovan@donovanlitigationgroup.com |

Cc: All Counsel of Record (via ecf)

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM