# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JAMES L. BROWN and ALICE BROWN, individually and on behalf of all others similarly situated, | : : : : | No. 3:14-cv-0591-MEM |
| Plaintiffs, | : : | |
| v. | : : | |
| ACCESS MIDSTREAM PARTNERS, L.P., *et al.*, | : : : | |
| Defendants. | : | |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated, | : : : : : : | No. 3:14-cv-01197-MEM |
| Plaintiffs, | : : | |
| v. | : : | |
| ACCESS MIDSTREAM PARTNERS, L.P., *et al.*, | : : : | |
| Defendants. | : | |

## <u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw the appearance of Kathryn E. Deal on behalf of Chesapeake Energy Corporation in the above referenced actions.

Dated:  January 23, 2020.        /s/ Kathryn E. Deal          

Kathryn E. Deal
PA Attorney ID No. 93891
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square, Suite 4100
Philadelphia, Pennsylvania 19103
Phone:  215-965-1219
Email:  kdeal@akingump.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of January, 2020, I caused the foregoing

Withdrawal of Appearance to be filed electronically using the Court's electronic

filing system, and that the filing is available to counsel for all parties for

downloading and viewing from the electronic filing system.


/s/ Kathryn E. Deal
Kathryn E. Deal