# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **A&B CAMPBELL FAMILY LLC,** *et al.*, <br><br> **Plaintiffs** <br><br> **v.** <br><br> **CHESAPEAKE ENERGY, CORP.** *et al.*, <br><br> **Defendants.** | **CIVIL ACTION NO. 3:15-0340** <br><br> **(JUDGE MANNION)** |
| **JAMES L. BROWN,** *et al.*, <br><br> **Plaintiffs** <br><br> **v.** <br><br> **ACCESS MIDSTREAM PARTNERS, L.P.,** *et al.*, <br><br> **Defendants.** | **CIVIL ACTION NO. 3:14-0591** <br><br> **(JUDGE MANNION)** |
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **CHESAPEAKE APPALACHIA, L.L.C.,** <br><br> **Defendant.** | **CIVIL ACTION NO. 3:13-2289** <br><br> **(JUDGE MANNION)** |
| **THE SUESSENBACH FAMILY LIMITED PARTNERSHIP,** *et al.*, <br><br> **Plaintiffs** <br><br> **v.** <br><br> **ACCESS MIDSTREAM PARTNERS, L.P.,** *et al.*, <br><br> **Defendants.** | **CIVIL ACTION NO. 3:14-1197** <br><br> **(JUDGE MANNION)** |

## <u>PROPOSED ORDER</u>

AND NOW, this _____ day of August, 2023, upon consideration of the

Chesapeake Defendants' Motion to Extend, IT IS HEREBY ORDERED that the

Motion is GRANTED, and the Chesapeake Defendants shall file Status Reports in

the above captioned actions by Tuesday, August 8, 2023.


_____
U.S. District Judge Mannion

2