**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated, | : : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 3:14-cv-01197-MEM |
| | : | |
| ACCESS MIDSTREAM PARTNERS, L.P. and CHESAPEAKE ENERGY CORPORATION | : : | |
| | : | |
| Defendants. | : | |
| | : | |

<u>**ENTRY OF APPEARANCE**</u>

**TO THE CLERK:**

Kindly enter the appearance of Kayci B. Hughes of the law firm Crowe & Dunlevy as co-counsel on behalf of Defendant Access Midstream Partners, L.P., now known as The Williams Companies, Inc., in the above-captioned action.

DATED:  January 10, 2024

By: <u>/s/ Kayci B. Hughes</u>
Kayci B. Hughes, OBA #18399
*Admitted Pro Hac Vice*
CROWE & DUNLEVY, P.C.
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9846
(918) 592-9801 (Facsimile)
kayci.hughes@crowedunlevy.com

*Attorneys for Defendant Access Midstream Partners, L.P., now known as The Williams Companies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of January, 2024, I caused the foregoing Entry of Appearance to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

*/s/ Kayci B. Hughes*
Kayci B. Hughes

5499617.v1