IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>Defendants. | No. 3:14-cv-01197-KM |

## SUGGESTION OF DEATH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(2)

Counsel for Plaintiffs The Suessenbach Family Limited Partnership, James S. Suessenbach and Gina M. Suessenbach ("Plaintiffs") suggest upon the record, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, the death of Plaintiff James S. Suessenbach on March 9, 2024. In accordance with Rule 25(a)(2), this action will proceed in favor of the remaining Plaintiffs.

Dated:  April 8, 2024                                 Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK LLP**

*/s/ Tyler S. Graden*
Joseph H. Meltzer (PA 80136)

Tyler S. Graden (PA 205844)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email:  jmeltzer@ktmc.com
              tgraden@ktmc.com

**ROSENN JENKINS & GREENWALD LLP**
Robert D. Schaub (PA 42466)
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel: (570) 826-5652
Fax: (570) 706-3424
Email:  rschaub@rjglaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

*/s/ Tyler S. Graden*
Tyler S. Graden