# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. BROWN and ALICE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>Defendants. | No. 3:14-cv-0591-KM |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>Defendants. | No. 3:14-cv-01197-KM |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO HOLD A DECISION ON PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL IN ABEYANCE**

It is hereby ORDERED that the Joint Stipulation to Hold a Decision on Plaintiffs' Motion for Partial Dismissal in Abeyance until the Bankruptcy Court has adjudicated Chesapeake's Motion for Enforcement is GRANTED.

It is further ORDERED that the Parties shall file a copy of the Bankruptcy Court's decision on this docket within seven (7) days of the Bankruptcy Court's ruling.

**SO ORDERED**


DATED:_____, 2024   _____
THE HONORABLE KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE