# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

THE SUESSENBACH FAMILY
LIMITED PARTNERSHIP, et al.,

              Plaintiffs,

    v.

ACCESS MIDSTREAM PARTNERS,
L.P., et al.,

              Defendants.

CIVIL ACTION NO. 3:14-CV-1197

(MEHALCHICK, J.)

## ORDER

**AND NOW** on this 16th day of May, 2025, **IT IS HEREBY ORDERED** that, consistent with the Suessenbach Plaintiffs' Notice of Voluntary Dismissal (Doc. 180), Chesapeake Chesapeake Energy Corp. ("Chesapeake") is **DISMISSED with prejudice** from this matter. Chesapeake and Domenic J Dell'Osso, Jr.'s ("Dell'Osso") Motion to Clarify Notices of Partial Dismissal and to Enforce the Bankruptcy Court Orders by Dismissing Chesapeake Energy Corporation and Domenic J. Dell'Osso, Jr. With Prejudice is **GRANTED** to the extent it seeks clarification from this Court about the status of Dell'Osso as a Defendant in the related case *Brown v. Access Midstream* (3:14-CV-00591). (Doc. 196). The Suessenbach Plaintiffs' outstanding motion for partial dismissal is **DENIED as MOOT**. (Doc. 182).

            **BY THE COURT:**

            *s/ Karoline Mehalchick*

            **KAROLINE MEHALCHICK**
            **United States District Judge**