**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES L. BROWN and ALICE BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>    Defendants. | No. 3:14-cv-00591-KM |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., *et al.*,<br><br>    Defendants. | No. 3:14-cv-01197-KM |

**PLAINTIFFS' MOTION TO ENTER SCHEDULING ORDER**

Plaintiffs James Brown and Alice Brown ("Brown Plaintiffs") and Plaintiffs The Suessenbach Family Limited Partnership and Gina M. Suessenbach ("Suessenbach Plaintiffs") (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully submit this motion to enter a scheduling order.

1

Date: January 30, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Tyler S. Graden*
Joseph H. Meltzer (PA 80136)
Tyler S. Graden (PA 205844)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
   tgraden@ktmc.com

**ROSENN JENKINS & GREENWALD LLP**
Robert D. Schaub (PA 42466)
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel: (570) 826-5652
Fax: (570) 706-3424
Email: rschaub@rjglaw.com

*Attorneys for Suessenbach Plaintiffs and the Class*

**DONOVAN LITIGATION GROUP, LLC**
*/s/ Michael D. Donovan*
Michael D. Donovan (PA 51895)
1885 Swedesford Road
Malvern, PA 19355
Tel: (610) 647-6067
mdonovan@donovanlitigationgroup.com

**MCCANN & WALL, LLC**
Robert E. McCann
Two Penn Center Plaza
Philadelphia, PA 19102
Tel: (215) 569-8488

2

Fax: (215) 569-8288
rmccann@mccannwallinjurylaw.com

**SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC**
Simon B. Paris
Patrick Howard
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3986
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

*Counsel for Brown Plaintiffs and the Class*

3

## CERTIFICATE OF NON-CONCURRENCE

      I hereby certify that pursuant to Local Civil Rule 7.1 counsel for Plaintiffs sought the concurrence of counsel for Defendants in the above Motion to Enter Scheduling Order. Defendants do not concur.

      /s/ Tyler S, Graden
Tyler S. Graden

      /s/ Michael D. Donovan
Michael D. Donovan

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

*/s/ Tyler S. Graden*
Tyler S. Graden

*/s/ Michael D. Donovan*
Michael D. Donovan