UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L BROWN and ALICE BROWN, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs.<br><br>　　v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., et al.,<br><br>　　　　　Defendants. | 3:14-CV-00591<br><br>(MEHALCHICK, J.) |
| THE SUESSENBACH FAMILY LIMITED PARTNERSHIP, JAMES S. SUESSENBACH, and GINA M. SUESSENBACH, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs.<br><br>　　v.<br><br>ACCESS MIDSTREAM PARTNERS, L.P., et al.,<br><br>　　　　　Defendants. | 3:14-CV-01197<br><br>(MEHALCHICK, J.) |

**ORDER**

AND NOW, this 16th day of February, 2026, it is hereby ORDERED that the motion to enter a scheduling order is denied pending a status conference in this matter, to be held by Zoom on **Monday, February 23, 2026 at 1:00 p.m.** The meeting information is below.

**Dated: February 16, 2026**　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**Karoline Mehalchick is inviting you to a scheduled ZoomGov meeting.**

**Topic: Brown/Sussenbach - Status Conference**
**Time: Feb 23, 2026 01:00 PM Eastern Time (US and Canada)**
**Join ZoomGov Meeting**

https://pamd-uscourts.zoomgov.com/j/1617823703?pwd=IdmDPHIo2GwK817Htiprbr58SsKtLb.1

**Meeting ID: 161 782 3703**
**Passcode: 178022**

---

**One tap mobile**
+16692545252,,1617823703#,,,,*178022# US (San Jose)
+16469641167,,1617823703#,,,,*178022# US (US Spanish Line)

---

**Dial by your location**
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

**Meeting ID: 161 782 3703**
**Passcode: 178022**

**Find your local number: https://pamd-uscourts.zoomgov.com/u/abZkCC1sn1**

---

**Join by SIP**
• 1617823703@sip.zoomgov.com

---

**Join by H.323**
• 166.108.98.42 (US West)
• 166.108.66.42 (US East)

**Meeting ID: 161 782 3703**
**Passcode: 178022**